1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  COLTON JAMES ROOD,                          Case No. 1:20-cv-00315-JLT (PC)

12                 Plaintiff,                   **ORDER TO SUBMIT APPLICATION
                                                TO PROCEED *IN FORMA PAUPERIS*
13         v.                                   OR PAY FILING FEE**

14  A. PALAFOX, et al.,                         45-DAY DEADLINE

15                 Defendants.

16

17         Plaintiff has filed an application to proceed *in forma pauperis* (Doc. 2); however, the

18  application is not specific to incarcerated litigants. Accordingly, **within 45 days** Plaintiff **SHALL**

19  submit the prisoner application to proceed *in forma pauperis*, completed and signed, or to pay the

20  $400.00 filing fee for this action. **No requests for extension will be granted without a showing**

21  **of good cause**. **Failure to comply with this order will result in dismissal of this action.**

22         The Clerk of the Court is requested to attach a blank copy of the application to proceed in

23  forma pauperis to this order.

24
25  IT IS SO ORDERED.

26     Dated:   __March 9, 2020__              _____/s/ Jennifer L. Thurston_____
                                                UNITED STATES MAGISTRATE JUDGE
27

28