UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>A. PALAFOX, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00315-JLT (PC)<br><br>**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING PAYMENT OF INMATE FILING FEE BY SHASTA COUNTY JAIL**<br><br>(Docs. 2, 9) |

Plaintiff has filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. section 1915. (Docs. 2, 9.) Plaintiff has made the showing required by section 1915(a); therefore, the Court will grant his request. Accordingly, the Court **ORDERS**:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;

**2. The Sheriff of Shasta County Jail or his designee shall collect payments from Plaintiff's inmate trust account in an amount equal to 20 percent of the preceding month's income credited to the account, and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10, in accordance with 28 U.S.C. section 1915(b)(2), until a total of $350 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.**

*///*

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application (Doc. 9) on the Sheriff of Shasta County, 1655 West Street, Redding, CA 96001, via the United States Postal Service.
4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated: __**March 20, 2020**__   _____**/s/ Jennifer L. Thurston**_____
UNITED STATES MAGISTRATE JUDGE