UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD, | Case No. 1:20-cv-00315-JLT (PC) |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | (Doc. 14) |
| A. PALAFOX, et al., | |
| Defendants. | |

On January 31, 2021, the Court found that Plaintiff failed to exhaust administrative remedies prior to filing suit and, therefore, ordered him to show cause why this action should not be dismissed. (Doc. 14.) Plaintiff filed a response on February 18, 2021, in which he claims, for various reasons, that he failed to exhaust because administrative remedies were unavailable. (Doc. 15.) The Court finds Plaintiff's response sufficient to DISCHARGE the order to show cause. The Court does not decide the matter of exhaustion here; it only finds that it will require additional argument or evidence prior to deciding the matter.[1]

IT IS SO ORDERED.

Dated:   __February 20, 2021__          _____**/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] Failure to exhaust is generally an affirmative defense that the defendant must plead and prove. *Jones v. Bock*, 549 U.S. 199, 204, 216 (2007).