# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COLTON JAMES ROOD,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**A. PALAFOX, et al.,**<br><br>    **Defendants.** | **CASE NO. 1:20-cv-00315-AWI-JLT (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br><br>(Doc. No. 23) |

    Plaintiff Colton James Rood is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought under 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

    On August 18, 2021, the assigned magistrate judge issued findings and recommendations, finding that Plaintiff's second-amended complaint states cognizable claims of failure to protect or deliberate indifference in violation of the Eighth Amendment against Defendants Burden, Strebel, and an unnamed "D Yard Captain" in their individual capacities, but that its remaining claims are not cognizable.  Doc. No. 23.  Given that Plaintiff had received two opportunities to amend his complaint (Doc. Nos. 11 & 17), and the current pleading suffers from the same deficiencies as previous pleadings, the magistrate judge found that further amendment would be futile.  Doc. No. 23 at 1, 8.  The magistrate judge therefore recommended that (1) Defendants Palafox, "SATF Warden," and "Secretary of CDCR" be dismissed, and (2) the claims in Plaintiff's second-amended complaint be dismissed, except for its claims of failure to protect or deliberate indifference in violation of the Eighth Amendment against Defendants Burden, Strebel, and "D Yard Captain" in their individual capacities.  <u>Id.</u> at 8.  The findings and recommendations were

served on Plaintiff and provided him twenty-one days to file objections thereto. Id. at 8–9. Plaintiff has not filed any objections, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 23) that were issued on August 18, 2021, are ADOPTED in full;
2. Defendants Palafox, SATF Warden, and Secretary of CDCR are DISMISSED;
3. The claims in Plaintiff's second-amended complaint are DISMISSED, except for its claims of failure to protect or deliberate indifference in violation of the Eighth Amendment against Defendant Burden, Strebel, and D Yard Captain in their individual capacities, pursuant to 42 U.S.C. § 1983;
4. The Clerk of the Court is directed to RENAME this case, "Rood v. Burden, et al." and
5. This case is REFERRED BACK to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   September 27, 2021                         _____
                                                                         SENIOR  DISTRICT  JUDGE