# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD,<br><br>Plaintiff,<br><br>v.<br><br>BURDEN, et al.,<br><br>Defendants. | Case No. 1:20-cv-00315-AWI-BAK (PC)<br><br>**ORDER LIFTING STAY** |

On December 27, 2021, the Court issued an order staying this case and referring it to Alternative Dispute Resolution (ADR). (Doc. 32.) On February 3, 2022, Defendants filed a notice opting out of ADR. (Doc. 36.)

Accordingly, the Court ORDERS:

1. The stay of this matter is LIFTED; and,

2. The Clerk of the Court is directed to issue a discovery and scheduling order.

IT IS SO ORDERED.

Dated:   **February 4, 2022**

_____
UNITED STATES MAGISTRATE JUDGE