# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD, <br><br> Plaintiff, <br><br> v. <br><br> BURDEN, et al., <br><br> Defendants. | Case No. 1:20-cv-00315-AWI-BAK (SAB) (PC) <br><br> **ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER** <br><br> (Doc. 41) |

Plaintiff Colton James Rood is proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

On February 4, 2022, this Court issued its Discovery and Scheduling Order. (Doc. 38.)

On April 19, 2022, Defendants Burden and Strebel filed a Motion to Modify Scheduling Order. (Doc. 41.) Although the time for Plaintiff's response has not yet passed, *see* Local Rule 230(l), the Court deems one unnecessary because it finds good cause to grant Defendants' motion.

Defendants indicate that although they have begun preparing a motion for summary judgment for a failure to exhaust administrative remedies, preparation cannot be completed before the applicable May 4, 2022, deadline due to the need for additional declarations and defense counsel's workload. (Doc. 41 at 3, 5, 6 ¶¶ 2-4.) Further, Defendants believe anticipated responses to written discovery from Plaintiff, due May 5, 2022, may help narrow the exhaustion issues. (*Id.*

at 4, 5, 7 ¶ 5.) Defendants seek an extension of the deadline for filing an exhaustion-based motion for summary judgment from May 4, 2022, to June 3, 2022. (*Id*. at 4, 7 ¶ 6.)

Good cause appearing, Defendants' Motion to Modify the Scheduling Order regarding the deadline for filing an exhaustion motion (Doc. 41) is GRANTED. The Exhaustion Motion Deadline, previously set for May 4, 2022, is extended to June 3, 2022.

IT IS SO ORDERED.

Dated:  **April 20, 2022**

UNITED STATES MAGISTRATE JUDGE