# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BURDEN, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00315-AWI-BAK (SAB) (PC)<br><br>**ORDER GRANTING DEFENDANTS' SECOND MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 45) |

　　　　Plaintiff Colton James Rood is proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

　　　　On February 4, 2022, this Court issued its Discovery and Scheduling Order. (Doc. 38.)

　　　　On April 20, 2022, the Court granted Defendants' motion to modify the discovery and scheduling order to extend the deadline for filing an exhaustion motion to June 3, 2022. (Doc. 42.)

　　　　On May 23, 2022, Defendants filed a second motion to modify the discovery and scheduling order to extend the deadline for filing an exhaustion motion. (Doc. 45.) Although the time for Plaintiff's response has not yet passed, *see* Local Rule 230(l), the Court deems one unnecessary because it finds good cause to grant Defendants' motion.

　　　　Defendants indicate that although they continue to work on a motion for summary judgment for a failure to exhaust administrative remedies, preparation cannot be completed before

the applicable June deadline. Specifically, defense counsel has recently been ill after contracting COVID-19 and her illness has caused some delay. (Doc. 45 at 3, 5, 7 ¶ 2.) Further, defendants believe that Plaintiff's anticipated responses to discovery may be helpful to narrowing the issues regarding exhaustion, and were advised by Plaintiff on May 16, 2022, that he planned to provide a response to the March 18, 2022, discovery requests "immediately."[1] (*Id*. at 3-4, 5, 7 ¶¶ 3-4.) Finally, defense counsel has not yet been able to obtain the number of declarations need to support the motion, including declarations from six different institutional grievance coordinators. (Doc. 45 at 4, 5, 7 ¶ 5.) Defendants seek an extension of the deadline for filing an exhaustion-based motion for summary judgment from June 3, 2022, to July 18, 2022. (*Id*. at 6, 7 ¶¶ 6, 8.)

Good cause appearing, Defendants' second motion to modify the discovery and scheduling order concerning the deadline for filing an exhaustion motion (Doc. 45) is GRANTED. The Exhaustion Motion Deadline, previously set for June 3, 2022, is extended to July 18, 2022.

IT IS SO ORDERED.

Dated:   **May 25, 2022**

UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's responses to written discovery were due May 5, 2022. (Doc. 45 at 3-4, 5, 7 ¶ 3.)