# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BURDEN, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00315-AWI-CDB (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FOR A FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES**<br><br>(Doc. 59) |

　　　　Plaintiff Colton James Rood is proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 14, 2023, the assigned magistrate judge issued findings and recommendations, recommending that Defendants' motion for summary judgment for a failure to exhaust administrative remedies be granted and that Plaintiff's complaint be dismissed without prejudice. (*See* Doc. 59.) The magistrate judge provided 14 days within which any party could file any objections to the findings and recommendations. (*Id.* at 22.) Plaintiff filed his objections on March 31, 2023. (Doc. 60.)

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the file, including Plaintiff's objections,

the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations issued on March 14, 2023 (Doc. 59) are ADOPTED in full;
2. Defendants E. Burden and R. Strebel's motion for summary judgment for a failure to exhaust administrative remedies (Doc. 49) is GRANTED;
3. Plaintiff's complaint is DISMISSED without prejudice; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  April 7, 2023                         _____
                                              SENIOR DISTRICT JUDGE